MARY VALENTINE, Respondent, v. CHARLES DOANE,
Appellant.

No. 2522; July 5, 1860.

**Reference—Appeal.**—Where a **Referee,** who has had the witnesses before him and heard them testify, files his report, and the district court refuses ·to set this aside, such refusal is to be upheld.

APPEAL from Fourth Judicial District, San Francisco County.

I. Satterlee for respondent; Shafter & Heydenfeldt and W. W. Chipman for appellant.

BALDWIN, J.—This record involves merely a question of fact as to the possession and ownership of certain vegetables, as to both of which facts there was testimony direct and inferential on both sides. The referee made his report after hearing and seeing the witnesses, the most important of whom were Foueguera, and the district court refused to set aside the verdict.

It is unnecessary to appeal to us in such cases, as we have often held.

The judgment is affirmed.

I concur: Cope, J.